| | |
|---|---|
| DANIEL F. POLSENBERG (SBN 2376) <br> J CHRISTOPHER JORGENSEN (SBN 5382) <br> ABRAHAM G. SMITH (SBN 13,250) <br> LEWIS ROCA ROTHGERBER CHRISTIE LLP <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> (702) 949-8200 <br> DPolsenberg@LewisRoca.com <br> CJorgensen@LewisRoca.com <br> ASmith@LewisRoca.com <br><br> *Attorneys for United Automobile Insurance Company* | DONALD J. CAMPBELL (SBN 1216) <br> PHILIP R. ERWIN (SBN 11,563) <br> CAMPBELL & WILLIAMS <br> 710 S. Seventh Street, Suite A, <br> Las Vegas, Nevada 89101 <br> (702) 382-5222 <br> DJC@cwlawlv.com <br> PRE@cwlawlv.com <br><br> *Attorneys for Winner & Sherrod and Thomas E. Winner* |
| J CHRISTOPHER JORGENSEN (SBN 5382) <br> ABRAHAM G. SMITH (SBN 13,250) <br> LEWIS ROCA ROTHGERBER CHRISTIE LLP <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> (702) 949-8200 <br> CJorgensen@LewisRoca.com <br> ASmith@LewisRoca.com <br><br> *Attorneys for Lewis Roca Rothgerber Christie LLP, Daniel F. Polsenberg, J Christopher Jorgensen, Abraham Smith, and Matthew Tsai* | THOMAS F. CHRISTENSEN (SBN 2326) <br> DAWN A. HOOKER (SBN 7,019) <br> CHRISTENSEN LAW OFFICES, LLC <br> 1000 S. Valley View Blvd. <br> Las Vegas, Nevada 89107 <br> (702) 870-1000 <br><br> *Attorneys for Plaintiffs Gary Lewis, Christensen & Arntz* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CHRISTENSEN, E. BREEN ARNTZ, and GARY LEWIS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED AUTOMOBILE INSURANCE COMPANY; LEWIS ROCA ROTHGERBER CHRISTIE; DANIEL POLSENBERG; J. CHRISTOPHER JORGENSEN; ABRAHAM SMITH; MATTHEW TSAI; WINNER & SHERROD f/k/a ATKIN WINNER & SHERROD; THOMAS E. WINNER; ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD.; STEPHEN ROGERS; and DOES I through V, <br><br> Defendants. | Case No. 2:22-cv-02125-JAD-VCF <br><br> **STIPULATED MOTION AND ORDER TO EXTEND DEADLINE:** <br><br> **(1) TO RESPOND TO MOTION FOR REMAND (ECF NO. 10) (FIRST REQUEST)** <br><br> **(2) TO RESPOND TO MOTIONS TO STRIKE, FOR EXCESS PAGES, FOR EXTENSION OF TIME, AND TO DISMISS (ECF NOS. 13, 15, 16, 17, 21, 24, 25 & 29) (FIRST REQUEST)** <br><br> **[ECF Nos. 31, 32]** |

The parties jointly move for and stipulate to an extension of deadlines on certain pending oppositions pursuant to FRCP 6(c) and LR IA 6-1.  Plaintiffs filed a motion to remand (ECF No. 10) (the "motion to remand") on January 20, 2023, serving the motion on defendants that same day.  Defendants then filed motions to dismiss under FRCP 12(b)(6) (ECF Nos. 15 & 16) and NRS 41.660 (ECF No. 21), a motion for leave to file excess pages (ECF No. 17 & 24), a motion to dismiss (or alternatively, to quash) under 12(b)(4) (ECF No. 25), a motion to strike the amended complaint (ECF No. 13), and a motion for a retroactive extension of time (ECF No. 29)  on January 25 and January 26, 2023, serving the motions on plaintiffs those same days.  Plaintiffs filed a motion for stay (ECF No. 30) on February 1, 2023, serving the motion on defendants that same day.

## STIPULATION

Plaintiffs and defendants have mutually agreed to two-week extensions on all the oppositions due to each of these now-pending motions, as follows:

1. A 14-day extension, through Friday, February 17, 2023, for defendants' opposition to plaintiffs' motion to remand (ECF No. 10).

2. A 14-day extension, through Thursday, February 23, 2023 for plaintiffs' oppositions to defendants' motions to strike (ECF No. 13), for leave to file excess pages (ECF Nos. 17 & 24), for a retroactive extension of time (ECF No. 29) and to dismiss the amended complaint under Rule 12(b)(4) (ECF No. 21), Rule 12(b)(6) (ECF Nos. 15 & 16), and NRS 41.660 (ECF No. 25).

## POINTS AND AUTHORITIES

Under LR 7-2(a), "For all . . . motions [other than those related to summary judgment], the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion."  Accordingly, defendants' responses to the motions for remand is currently due February 3,

2023, respectively. Meanwhile plaintiffs' oppositions to the motions to dismiss are currently due February 8 and February 9, 2023.

Under FRCP 6(c) and LR IA 6-1, the parties mutually request an extension of each of these deadlines by two additional weeks. Given such extensions: (a) defendants' opposition to the motion for remand will become due February 17, 2023, and (b) plaintiffs' oppositions to the motions to dismiss will become due February 23, 2023.[1] This is the parties' first stipulation to extension of the deadlines for these oppositions. Defendants have previously moved for and successfully obtained an extension of time to file responsive pleadings and motions. (ECF Nos. 3 & 7.) Defendants have also filed a retroactive motion to extend time for filing the motions to dismiss by a few hours. (ECF No. 29.)

There is good cause for these extensions. Counsel most familiar with this matter at Lewis Roca is out-of-town and unavailable. Counsel for the Winner defendants has likewise been extraordinarily busy on multiple matters, including the joint responsive motions noted above. (ECF Nos. 13, 15, 16, 17, 21, 24, 25 & 29.) Counsel for plaintiffs also agreed to this mutual extension because of the complexity of the motions to which they are responding. The additional time will enable all parties to provide this court with adequate briefing on the pending motions.

---

[1] Defendants agree to extend to the latter of the two possible deadlines for the motions to dismiss.

1     Dated this 3rd day of February, 2023.

2            LEWIS ROCA ROTHGERBER CHRISTIE LLP

3            By: */s/Abraham G. Smith*
               DANIEL F. POLSENBERG (SBN 2376)
               ABRAHAM G. SMITH (SBN 13,250)
               J CHRISTOPHER JORGENSEN (SBN 5382)
               3993 Howard Hughes Parkway Suite 600
               Las Vegas, Nevada  89169
               (702) 949-8200

           *Attorneys for United Automobile Insurance Company*

           LEWIS ROCA ROTHGERBER CHRISTIE LLP

           By: */s/Abraham G. Smith*
               J CHRISTOPHER JORGENSEN (SBN 5382)
               ABRAHAM G. SMITH (SBN 13,250)
               3993 Howard Hughes Parkway, Suite 600
               Las Vegas, Nevada 89169-5996
               (702) 949-8200

           *Attorneys for Lewis Roca Rothgerber Christie LLP, Daniel F. Polsenberg, J. Christopher Jorgensen, Abraham Smith, and Matthew Tsai*

           CAMPBELL & WILLIAMS

           By: */s/      Phil R. Erwin*
               DONALD J. CAMPBELL (SBN 1216))
               PHILIP R. ERWIN (SBN 11,563)
               710 South Seventh Street, Suite A
               Las Vegas, Nevada 89101
               (702) 382-5222

           *Attorneys for Winner & Sherrod and Thomas E. Winner*

           CHRISTENSEN LAW OFFICES

           By: */s/ Dawn A. Hooker*
               DAWN A. HOOKER (SBN 7,019)
               1000 S. Valley View Blvd.
               Las Vegas, Nevada 89107
               (702) 870-1000

           *Attorneys for Plaintiffs Gary Lewis, Christensen & Arntz*

## ORDER GRANTING EXTENSION

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the joint request for a two-week extension on deadlines for oppositions to pending motions as listed in the stipulation **[ECF Nos. 31, 32] is GRANTED.**

Defendants' opposition to plaintiffs' motion for remand (ECF No. 10) is now due February 17, 2023.

Plaintiffs' oppositions to defendants' motions to strike and to dismiss the amended complaint under Rule 12(b)(4), Rule 12(b)(6), and NRS 41.660 (ECF Nos. 13, 15, 16, 17, 21, 24, 25 & 29) are now due February 23, 2023.

_____
UNITED STATES DISTRICT JUDGE
2/6/23

Submitted by:

LEWIS ROCA ROTHGERBER CHRISTIE, LLP

By: */s/Abraham Smith*_____
    DANIEL F. POLSENBERG (SBN 2376)
    JOEL D. HENRIOD (SBN 8492)
    ABRAHAM G. SMITH (SBN 13,250)
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996

*Attorneys for Defendants, Lewis Roca Rothgerber Christie LLP, Daniel F. Polsenberg, J. Christopher Jorgensen, Abraham Smith, and Matthew Tsai*

