# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Christensen, et al., | Case No.: 2:22-cv-02125-JAD-VCF |
| Plaintiffs | |
| v. | **Order Granting Motions to Exceed Page Limits and Extend Time** |
| United Automobile Insurance Company, et al., | [ECF Nos. 17, 24, 29, 45] |
| Defendants | |

This latest iteration of this fifteen-year-old car-accident case found its way back to this court just over a month ago yet already has almost a dozen pending motions, four of which are procedural.

Defendants J. Christopher Jorgensen, Lewis Roca Rothgerber Christie, Daniel Polsenberg, Abraham G. Smith, Matthew Tsai, United Automobile Insurance Company, Thomas E. Winner, and Winner & Sherrod ask to extend the 24-page limit for their motion to dismiss to 61 pages. The plaintiffs do not oppose. Although the court is loathe to permit such a lengthy filing because it exponentially extends the time it takes the court to address and resolve motions, these defendants correctly note that the extraordinary history of this case and this court's myriad orders addressing it necessitates this extraordinary amount of space.[1] So I find good cause and grant the motion to enlarge the page limit, bringing the motions filed at ECF Nos. 15 and 21 into compliance with the court's page-limit requirements.[2]

---

[1] ECF Nos. 15, 21 (same document, filed twice because it essentially contains two motions).

[2] ECF Nos. 17, 24 (same document, filed twice because it addresses deadlines for two motions).

The same defendants move for a retroactive three-hour extension of time to file various pleadings and motions, explaining that their legal counsel experienced technical difficulties that prevented timely filing.[3]  I find good cause to excuse defendants' three-hour delay and grant the motion to extend time, rendering the motions and exhibits filed at ECF Nos. 16–26 timely.

Finally, on March 9, 2023, the relevant parties filed a stipulated motion to extend the time for defendants to file replies in support of their motions to dismiss, again citing the complexity and extensive history of this case.[4]  The parties have shown good cause for the extension, so I grant it too.

## Conclusion

**IT IS THEREFORE ORDERED** that the motions for leave to file excess pages **[ECF Nos. 17 and 24] are GRANTED**.

**IT IS FURTHER ORDERED** that the motion for a retroactive three-hour extension of time **[ECF No. 29] is GRANTED**.  ECF Nos. 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26 are deemed timely.

**IT IS FURTHER ORDERED** that the stipulated motion to extend the time to reply to the plaintiffs' responses **[ECF No. 45] is GRANTED**.  Replies to ECF Nos. 40, 41, 42, 43, and 44 are due **March 16, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
March 15, 2023

---

[3] ECF No. 29.
[4] ECF No. 45.