Thomas F. Christensen, Esq.
Nevada Bar #2326
Christensen Law Offices, LLC
1000 S. Valley View Blvd.
Las Vegas, NV 89107
T:702-870-1000
courtnotices@injuryhelpnow.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS CHRISTENSEN, E. BREEN ARNTZ, AND GARY LEWIS<br>　　　　　Plaintiffs,<br><br>vs.<br>UNITED AUTOMOBILE INSURANCE COMPANY; LEWIS ROCA ROTHGERBER CHRISTIE; DANIEL POLSENBERG;  J. CHRISTOPHER JORGENSEN; ABRAHAM SMITH, MATTHEW TSAI; WINNER & SHERROD f/k/a ATKIN WINNER & SHERROD; THOMAS E. WINNER; ROGERS MASTRANGELO CARVALHO & MITCHELL, LTD; STEPHEN ROGERS; and DOES I through V,<br>　　　　　Defendants, | CASE NO: 2:22-cv-02125-JAD-KF<br><br>**JOINT MOTION AND ORDER DEADLINES TO RESPOND TO MOTION TO STRIKE(ECF NO. 65), MOTION TO DISMISS OR QUASH SERVICE OF SUMMONS (ECF NO. 66); AND MOTION TO DISMISS (ECF NO. 67)**<br><br>**FIRST REQUEST**<br><br>[ECF No. 69] |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned parties and counsel of record, Thomas Christensen, Esq. of Christensen Law Offices, LLC on behalf of Plaintiffs, and Timothy J. Lepore, Esq. of Ropers Majeski PC on behalf of Defendants Rogers Mastrangelo Carvalho & Mitchell, Ltd. ("RMCM") and Stephen Rogers, hereby jointly move to extend the time for filing of Responses and Replies to:

1) Defendants Stephen Rogers and Rogers Mastrangelo Carvalho & Mitchell, Ltd's Motion to Strike Plaintiffs' Amended Complaint (ECF 65); and

.

1

2  Defendants Stephen Rogers and Rogers Mastrangelo Carvalho & Mitchell, Ltd's Motion to Dismiss or Quash Service of Summons and( ECF 66); and

3  Defendants Stephen Rogers and Rogers Mastrangelo Carvalho & Mitchell, Ltd's Motion to Dismiss Plaintiffs' Amended Complaint and Joinder to Defendants' Rule 12(b)(6) Motion to Dismiss Amended Complaint (ECF 67 .

This is the first request to extend time related to the pending Motions. These Motions were filed on April 12, 2023 and pursuant to Local Rule 7-2, Plaintiffs' Responses are currently due April 26, 2023, and Rogers RMCM's replies to any responses are due on May 3, 2023. The Motions are not scheduled for hearing, although the Court has set a hearing on June 15, 2023 to hear argument on similar motions that other Defendants have filed (ECF 64.) The parties submit that, to the extent the Court is willing to entertain any oral argument on these Motions, such argument should be heard on June 15, 2023.

  Plaintiffs submit good cause exists for the Court to grant the extended briefing schedule because there are three pending Motions and scheduling issues prevented Plaintiffs' counsel from having time to evaluate and file timely responses to each. Notably, a U.S. Supreme Court Petition for Writ of Certiorari was submitted on April 19, 2023 and the Nevada Supreme Court held oral argument on April 24, 2023---both regarding issues directly related to this case and these parties. As Plaintiff's counsel is a very small firm, it was nearly impossible for it to spend additional time on this case in the last two weeks and keep up with other obligations in the office.

  Therefore, the parties hereto agree to stipulate to the following briefing schedule:

  1. Plaintiff's Responses to the three pending Motions filed by Defendants Rogers and RMCM will be filed on or before May 3, 2023;

.

2. Defendants Rogers and RMCM's Replies in support of their pending Motions will be filed on or before May 17, 2023.

Dated this 26th day of April, 2023.

| | |
|---|---|
| CHRISTENSEN LAW OFFICES, LLC | ROPERS MAJESKI PC |
| ___/s/ Thomas F. Christensen_____ | _/s/ Timothy J. Lepore_____ |
| Thomas F. Christensen, Esq. | Timothy J. Lepore |
| Nevada Bar 2326 | Nevada Bar No. 13908 |
| 1000 S. Valley View Blvd. | 3753 Howard Hughes Parkway, Suite 200 |
| Las Vegas, NV 89107 | Las Vegas, NV 89169 |
| *Attorney for Plaintiff Gary Lewis* | *Attorney for Defendants Rogers & RMCM* |
| courtnotices@injuryhelpnow.com | timothy.lepore@ropers.com |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: __May 1, 2023_____