UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Christensen, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>United Automobile Insurance Company, et al.,<br><br>    Defendants | Case No.: 2:22-cv-02125-JAD-VCF<br><br>**Remand Order** |

Having stricken the amended complaint that gave rise to federal subject-matter jurisdiction, ECF No. 1-7, and based on the reasons articulated on the record during today's oral argument, IT IS ORDERED that **the Clerk of Court is directed to REMAND this action back to the Eighth Judicial District Court, Department 3, Case No. A-20-825502-C,** and CLOSE THIS CASE.

Dated: July 20, 2023

_____
U.S. District Judge Jennifer A. Dorsey